■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK T. BURKE, Appellant, v MELVIN WILLIAMS, as Superintendent of Gowanda Correctional Facility, et al., Respondents. [717 NYS2d 450] —Appeal unanimously dismissed without costs. Memorandum: Petitioner appeals from a judgment denying his petition for a writ of habeas corpus. Petitioner sought to prevent his transfer to Pennsylvania pursuant to that State's request for temporary custody made under the Interstate Agreement on Detainers (*see,* CPL 580.20). This appeal has been rendered moot by the transfer of petitioner to Pennsylvania (*see, People ex rel. Matthews v Sullivan,* 165 AD2d 889, 890, *lv denied* 76 NY2d 715), and petitioner's contentions do not fall within the exception to the mootness doctrine (*see, Matter of Hearst Corp. v Clyne,* 50 NY2d 707, 714-715). (Appeal from Judgment of Supreme Court, Erie County, Sedita, Jr., J.—Habeas Corpus.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.